## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

---------------------------------------------------------- X
:
BAHRI CHIRAG and DANGWAL :
SANDEEP, :
:
       Plaintiffs, :   Civil Case No. 3:12-CV-00879-SRU
:
vs. :
:
MT MARIDA MARGUERITE :
SCHIFFAHRTS; MARIDA TANKERS INC.; :
HEIDMAR, INC.; XYZ SHIP OWNER; and, :
XYZ SHIP EMPLOYER, :
:
       Defendants. :
:
---------------------------------------------------------- X

### MOTION FOR SPONSORING ATTORNEYS TO BE EXCUSED
### FROM ATTENDANCE AT HEARING ON MOTION TO DISMISS

      Pursuant to Local Rule 83.1(d), the undersigned attorney ("Mr. Basile") hereby moves to be excused from attendance at the hearing on defendant MT Marida Marguerite Schiffahrts' *Motion to Dismiss for Lack of Personal Jurisdiction*, scheduled for December 13, 2012, at 2:00pm (the "Hearing"). The Court has previously admitted attorneys from the firm of Betancourt, Van Hemmen, Greco & Kenyon LLC as visiting attorneys, and they have been serving as lead counsel for Defendant Heidmar, Inc. in this case.

      Mr. Basile is lead counsel in an ongoing trial being held in the United States District Court for the District of New Jersey, and will be unavailable for attendance at the Hearing. Given that the visiting attorneys will be representing Heidmar, Inc. at the Hearing, the undersigned respectfully requests to be excused from attending the Hearing.

Counsel of record have been contacted and have indicated that they have no objection to this request.

| | |
|---|---|
| Dated:   December 5, 2012 | Respectfully submitted, |

/s/ *Richard J. Basile*
Richard J Basile, ct20491
St Onge Steward Johnston & Reens LLC
986 Bedford St.
Stamford, Connecticut 06905-5619
Telephone: (203) 324-6155
Facsimile: (203) 327-1096
Email: rbasile@ssjr.com;
   litigation@ssjr.com

Todd P. Kenyon
Betancourt, Van Hemmen,
Greco & Kenyon LLC
151 Bodman Place, Suite 200
Red Bank, New Jersey 07701
Telephone: (732) 530-4646
Facsimile: (732) 530-9536
Email: tkenyon@bvgklaw.com

*Attorneys for Defendant Heidmar, Inc.*

## CERTIFICATE OF SERVICE

      This is to certify that on December 5, 2012, a true and accurate copy of the foregoing **MOTION FOR SPONSORING ATTORNEYS TO BE EXCUSED FROM ATTENDANCE AT HEARING ON MOTION TO DISMISS** was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing. Parties may access this filing through the Court's system.


December 5, 2012                  */s/ Jessica L. White*
Date                                    Jessica L. White